IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BERNARD LADEM and<br>JOSHUA EMANUEL EL-BEY, | : | |
| Plaintiffs, | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 11-7527 |
| MORTGAGE ELECTRONIC REGISTRATION<br>SYSTEM, INC., FREMONT INVESTMENT<br>AND LOAN, and U.S. BANK ASSOCIATION, | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this 17th day of April, 2012, upon consideration of Defendants, Mortgage Electronic Registration System, Inc., Fremont Investment and Loan, and U.S. Bank Association's (collectively, "Defendants"), "Motion to Dismiss for Failure to State a Claim and for Lack of Subject Matter Jurisdiction" (Doc. No. 9) against Plaintiffs, Bernard Ladem and Joshua Emanuel El-Bey ("El-Bey"), and the failure of Plaintiffs to respond, it is hereby **ORDERED** that said Motion is **GRANTED**. It is further **ORDERED** that El-Bey's "Request for Default" against Defendants is **DENIED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT  F. KELLY
SENIOR  JUDGE